## SULTEMIER v. STATE.
### No. 21468.

Court of Criminal Appeals of Texas.
March 5, 1941.

————◆————

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction giving a life sentence on a charge of rape.

The record is before us without statement of facts or bills of exception. The indictment and procedure thereon are regular. No question is presented for the consideration of this court, and the judgment of the trial court is accordingly affirmed.

## Ben TAYLOR, Appellant, v. STATE, Appellee.
### No. 21564.

Court of Criminal Appeals of Texas.
March 12, 1941.

Alex P. Pope, of Tyler, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the theft of chickens; the punishment assessed is a fine of $100 and imprisonment in the county jail for five days.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.